IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH D. IRWIN, SR., and REVA JOAN IRWIN, Individually and as Administrators of the Estate of KENNETH D. IRWIN, JR., deceased** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., d/b/a "NASCAR," SABCO RACING INC., and CHIP GANASSI RACING WITH FELIX SABATES, d/b/a SABCO RACING, INC.** | : | NO. 02-3335 |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 20th day of June, 2002, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Writ of Summons (Document No. 2, filed May 30, 2002), and Plaintiffs' Motion to Remand (Document No. 3, filed June 5, 2002), following a telephone conference with the parties, through counsel, on June 20, 2002, **IT IS ORDERED** as follows:

1. The parties shall continue their discussions with respect to jurisdictional issues and related discovery, and discovery in aid of filing a Complaint, and jointly report to the Court in a telephone conference on Monday, June 24, 2002, at 11:30 A.M. Dean Murtagh, Esquire, defense counsel, shall initiate the telephone conference; and,

2.  Counsel shall be prepared to address in the telephone conference, among other issues, the scope of permitted discovery before filing a complaint in (a) state court and (b) federal court.
.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**