**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KENNETH D.  IRWIN, SR., and REVA** | : | **CIVIL ACTION** |
| **JOAN IRWIN, Individually and as** | : | |
| **Administrators of the Estate of** | : | |
| **KENNETH D.  IRWIN, JR., deceased** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **NATIONAL ASSOCIATION FOR STOCK** | : | **NO.  02-3335** |
| **CAR AUTO RACING, INC., d/b/a** | : | |
| **"NASCAR," SABCO RACING INC.,** | : | |
| **and CHIP GANASSI RACING WITH** | : | |
| **FELIX SABATES, d/b/a SABCO** | : | |
| **RACING, INC.** | : | |
| **Defendants.** | : | |

**O R D E R**

AND NOW, this 24th day of June, 2002, upon consideration of Defendants' Motion to

Dismiss Plaintiffs' Writ of Summons (Document No. 2, filed May 30, 2002), and Plaintiffs'

Motion to Remand (Document No. 3, filed June 5, 2002), following a telephone conference with

the parties, through counsel, on June 24, 2002, **IT IS ORDERED** that the parties, through

counsel, shall jointly report to the Court (letter to Chambers, Room 12613) with respect to the

status of the case on or before July 1, 2002.

.

**BY THE COURT:**

_____

**JAN E. DUBOIS, J.**