IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH D. IRWIN, SR., and REVA JOAN IRWIN, Individually and as Administrators of the Estate of KENNETH D. IRWIN, JR., deceased** | : : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| vs. | : : | |
| **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., d/b/a "NASCAR," SABCO RACING INC., and CHIP GANASSI RACING WITH FELIX SABATES, d/b/a SABCO RACING, INC.** | : : : : : : | **NO. 02-3335** |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 10th day of September, 2002, the parties having submitted a status report on July 3, 2002, in which they stated "[we] expect by the end of next week to either have these issues [issues relating to plaintiff's requests for pre-complaint discovery] resolved to the satisfaction of both parties or seek your further intervention to resolve remaining questions," and the Court not having heard from the parties since July 3, 2002, **IT IS ORDERED** that the parties, through counsel, shall jointly report to the Court in writing (letter to Chambers, Room 12613) on or before September 18, 2002, with respect to the status of the case.
.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**