IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH D. IRWIN, SR., and REVA JOAN IRWIN, Individually and as Administrators of the Estate of KENNETH D. IRWIN, JR., deceased** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., d/b/a "NASCAR," SABCO RACING INC., and CHIP GANASSI RACING WITH FELIX SABATES, d/b/a SABCO RACING, INC.** | : | **NO. 02-3335** |
| **Defendants.** | : | |

# O R D E R

**AND NOW**, this 24th day of October, 2002, upon consideration of Plaintiffs' Motion to Remand (Document No. 3, filed June 5, 2002), following a telephone conference with the parties, through counsel, on October 24, 2002, **IT IS ORDERED** as follows:

1. Discovery on the remand issue shall be completed on or before November 25, 2002;

2. Defendants shall file and serve their response to Plaintiffs' Motion to Remand on or before December 4, 2002;

3. Plaintiffs are granted leave to file a reply to defendants' response to the Motion to Remand on or before December 11, 2002; and,

4. Two (2) copies of each of the documents identified in paragraphs 2 and 3 above shall be serve on the Court (Chambers, Room 12613) when the originals are filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**