IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH D. IRWIN, SR., and REVA JOAN IRWIN**, Individually and as Administrators of the Estate of **KENNETH D. IRWIN, JR.,** deceased<br>Plaintiffs, | : : : : : : : | **CIVIL ACTION** |
| vs. | : : | |
| **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.,** d/b/a **"NASCAR," SABCO RACING INC.,** and **CHIP GANASSI RACING WITH FELIX SABATES,** d/b/a **SABCO RACING, INC.**<br>Defendants. | : : : : : : : | **NO. 02-3335** |

## O R D E R

**AND NOW**, this 14th day of November, 2002, upon consideration of defendants' request for an extension of time to file a complaint,[1] there being no objection, **IT IS ORDERED** that the time for filing and serving a complaint as set forth in this Court's Order of October 24, 2002, is **EXTENDED** from November 12, 2002, to December 6, 2002. If additional time is needed it must be requested by letter to the Court (Chambers, Room 12613) on or before December 6, 2002. One (1) copy of the complaint shall be served on the Court (Chambers, Room 12613) when the original is filed.

**IT IS FURTHER ORDERED** that, excepting only as noted above, this Court's Order of October 24, 2002, continues in effect.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**

---

[1] The request was contained in a letter dated November 13, 2002.