IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH D. IRWIN, SR., and REVA JOAN IRWIN, Individually and as Administrators of the Estate of KENNETH D. IRWIN, JR., deceased<br>    Plaintiffs, | : : : : : : | CIVIL ACTION |
| vs. | : : | |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., d/b/a "NASCAR," SABCO RACING INC., and CHIP GANASSI RACING WITH FELIX SABATES, d/b/a SABCO RACING, INC.<br>    Defendants. | : : : : : : : : | NO. 02-3335 |

**O R D E R**

**AND NOW**, this 19th day of December, 2002, upon consideration of Plaintiffs' Motion to Remand (Document No. 3, filed June 5, 2002), the parties having reported that the case has been settled, **IT IS ORDERED** that Plaintiffs' Motion to Remand is **DENIED AS MOOT**.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**