IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH D. IRWIN, SR., and REVA JOAN IRWIN**, Individually and as Administrators of the Estate of **KENNETH D. IRWIN, JR.,** deceased | : : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | |
| vs. | : : | |
| **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.,** d/b/a **"NASCAR," SABCO RACING INC.,** and **CHIP GANASSI RACING WITH FELIX SABATES,** d/b/a **SABCO RACING, INC.** | : : : : : : : | **NO. 02-3335** |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 19th day of December, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**